# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SYMETRA LIFE INSURANCE CO., *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-05-3167 |
| RAPID SETTLEMENTS LTD., | § § § | |
| Defendant. | § | |

## ADDENDUM TO JANUARY 10, 2007 MEMORANDUM AND ORDER

Symetra submitted corrections and clarification of this court's January 10, 2007 memorandum and order. Rapid Settlements has not responded. Based on a review of the proposed corrections and clarifications and the record, the January 10, 2007 memorandum and order is supplemented as follows:

1. On page 1, the memorandum and order stated that forty-three states had enacted structured settlement protection acts. The current number is forty-six.

2. On page 15, the memorandum and order stated that Patterson is an Iowa resident. He is either a resident of Iowa (Symetra Binder 2.3) or of Guadalupe County, Texas (Symetra Binder 2.1).

3. On page 17, the description of when Symetra learned of the judgment confirming the Patterson arbitration award is corrected, as follows:

      Symetra learned of the judgment confirming the arbitration award after the preliminary injunction hearing in this court. Symetra then filed a motion to set aside the judgment in state court within that court's period for plenary review. The state court set aside the judgment as to Symetra but did not set aside the judgment as to Patterson. The state court has set the case for trial to determine whether to confirm the arbitration award as to Symetra.

4. On page 70, the order is amended to state that Rapid Settlements is enjoined from taking further action to compel Symetra to comply with the judgments entered in the *Richardson* and *Gross* matters pending the hearing on a permanent injunction. The *Patterson* matter is pending trial in state court.

      SIGNED on February 6, 2007, at Houston, Texas.

                                        */s/ Lee H. Rosenthal*
                                          Lee H. Rosenthal
                                     United States District Judge