## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SYMETRA LIFE INSURANCE CO., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-05-3167 |
| | § | |
| RAPID SETTLEMENTS LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On April 30, 2007, the Symetra plaintiffs moved for civil contempt against the defendant, Rapid Settlements, Ltd. Symetra argues that on April 18, 2007, Rapid Settlements violated this court's February 6, 2007 preliminary injunction order. Symetra argues that Rapid Settlements obtained an arbitration award that purports to require Symetra to transfer to Rapid Settlements the structured settlement payments of one of its annuitants, Kenneth Gross. Symetra states that Rapid Settlements will seek confirmation of the award on May 7, 2007 in a Harris County, Texas court.

Symetra first brought to this court's attention the allegation that Rapid Settlements had violated the injunction in a discovery hearing on April 27, 2007. In that hearing, Rapid Settlements stated that it had no intention of violating this court's injunction and that it would make it clear to the state court that neither the award nor the court order sought to confirm the award purported to bind Symetra. Based on Rapid Settlements's assertions in the April 27, 2007 hearing and to give Rapid Settlements a chance to respond, this court will not set

a hearing on this motion before the May 7, 2007 state-court confirmation hearing.  Rapid Settlements must file a response no later than May 9, 2007.  A hearing is set for **May 17, 2007 at 3:00 p.m.**

  SIGNED on May 2, 2007, at Houston, Texas.

               _____
                   Lee H. Rosenthal
                 United States District Judge