IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYMETRA LIFE INSURANCE CO., *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-05-3167 |
| RAPID SETTLEMENTS LTD., | § § § § | |
| Defendant. | § | |

## ORDER

Rapid Settlements, Ltd.'s request for additional time to respond to the National Association of Settlement Purchasers' motion for summary judgment is granted. The response is due by September 15, 2010.

SIGNED on August 12, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge