# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SYMETRA LIFE INSURANCE CO., *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| NATIONAL ASSOCIATION OF § | |
| SETTLEMENT PURCHASERS, § | |
| § | |
| Intervenor, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-05-3167 |
| § | |
| RAPID SETTLEMENTS, LTD., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons stated in the court's June 4, 2007 order, (Docket Entry No. 148), May 1, 2012 amended memorandum opinion and order, (Docket No. 322), and November 27, 2012 memorandum opinion and order, (Docket Entry No. 352), it is ordered that defendant, Rapid Settlements, Ltd., pay plaintiffs, Symetra Life Insurance Company and Symetra Assigned Benefits Service Company, the amount of $98,954.00 on or before December 22, 2012.

It is further ordered that plaintiffs, Symetra Life Insurance Company and Symetra Assigned Benefits Service Company, are entitled to recover their costs of court from defendant, Rapid Settlements, Ltd. Because a party need not prevail on every issue to be entitled to costs, and because plaintiffs prevailed on significant issues, there is no need to apportion costs.

It is further ordered that the permanent injunctions entered in this case by orders dated March 31, 2008, (Docket Entry No. 240), and July 28, 2009, (Docket Entry No. 253), remain in full force and effect.

This is a final judgment.

SIGNED on December 13, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge