IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYMETRA LIFE INSURANCE CO., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| NATIONAL ASSOCIATION OF | § | |
| SETTLEMENT PURCHASERS, | § | |
| | § | |
| Intervenor, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-05-3167 |
| | § | CIVIL ACTION NO. H-06-2933 |
| RAPID SETTLEMENTS, LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Rapid's motion for extension, (Docket Entry No. 400), is granted in part. It is not granted in full because Rapid consistently seeks additional time. The response is due on Friday, June 5, 2015.

SIGNED on June 1, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge