IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYMETRA LIFE INSURANCE CO., *et al.*, | § § | |
| Plaintiffs, | § § | |
| NATIONAL ASSOCIATION OF SETTLEMENT PURCHASERS, | § § § | |
| Intervenor, | § § | |
| VS. | § § | CIVIL ACTION NO. H-05-3167 CIVIL ACTION NO. H-06-2933 |
| RAPID SETTLEMENTS, LTD., | § § | |
| Defendant. | § | |

**ORDER DENYING MOTION TO STRIKE**

Rapid has moved to strike Symetra's reply in support of its motion for attorney's fees and expenses and the accompanying affidavit of its counsel, Jeff Lefkowitz. (Docket Entry No. 405). Symetra's reply and the affidavit respond to the arguments Rapid raised in its response, (Docket Entry No. 403). Rapid's motion to strike is denied. Rapid may, however, file a five-page surreply responding to Symetra's reply by June 29, 2015. *See Thomas v. Willie G's Post Oak, Inc.*, No. H-04-4479, 2006 WL 1117959, at *2 (S.D. Tex. Apr. 26, 2006) (denying the plaintiff's motion to strike "certain evidentiary attachments that were filed with [the defendants'] reply" because "the additional submissions [were] responsive in nature and therefore [were] appropriately presented in a reply brief" and the plaintiff "had time to and in fact did respond to the additional evidence submitted by" the defendants).

Apart from the surreply discussed above, the parties are ordered to refrain from further

filings on this issue without seeking leave of court.

        SIGNED on June 23, 2015, at Houston, Texas.

                                        Lee H. Rosenthal
                                    United States District Judge